**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GIESY JOSE DE LA CRUZ VARGAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-1831 |
| | ) | |
| WARDEN OF MOSHANNON VALLEY PROCESSING CENTER *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 23rd day of November, 2026, upon consideration of Respondents' Response to Petition for Writ of Habeas Corpus (Docket No. 5) reporting that the Immigration Court scheduled a bond hearing for October 19, 2026, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot. The Clerk of Court is to mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record